term of the Appellate Division the appellant procures the order allowing the appeal to be amended by stating questions to be passed on by this court as is necessary in the case of an interlocutory order, and in case such amendment is made the motion to dismiss the appeal is denied, without costs.

---

NEW YORK PRODUCE EXCHANGE SAFE DEPOSIT AND STORAGE COMPANY, Respondent, *v.* NEW YORK PRODUCE EXCHANGE, Appellant.

*Pleading — action for specific performance of alleged agreement to renew lease — sufficiency of complaint.*

N. Y. Produce Exchange S. D. & S. Co. v. N. Y. Produce Exchange, 208 App. Div. 421, affirmed.

(Argued May 12, 1924; decided May 23, 1924.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 21, 1924, which affirmed an order of Special Term denying a motion for a dismissal of the complaint. The action was for the specific performance of an alleged agreement to give to plaintiff a forty-year renewal of a lease of a portion of the Produce Exchange Building. The motion was made on the ground that the documents properly construed contained no covenant of renewal.

The following question was certified: " Does the complaint state facts sufficient to constitute a cause of action? "

*Abel E. Blackmar* and *Frederick S. Fisher* for appellant. *Herman Aaron* for respondent.

Order affirmed, with costs, question certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.